J-A01044-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| LUIS T. GAUTHIER | |
| Appellant | No. 2327 EDA 2014 |

Appeal from the Judgment of Sentence July 10, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0015241-2013

BEFORE:  LAZARUS, J., OTT, J., and STEVENS, P.J.E.*

CONCURRING STATEMENT BY STEVENS, P.J.E.:     **FILED APRIL 11, 2016**

I agree with the Majority that the trial court did not err in providing additional instructions to the jury, and thus, Appellant's sole appellate claim lacks merit.  However, unlike the Majority, I would not raise *sua sponte* the issue of whether Appellant's driving while under the influence convictions merged for sentencing purposes.

*Former Justice specially assigned to the Superior Court.